In the Matter of the Liquidation of NATIONAL SURETY COMPANY.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NATIONAL SURETY COMPANY, Appellant; J. F. M. STEWART, Respondent.

Submitted April 10, 1939; decided April 18, 1939.

*John T. Casey* for motion.
*William F. Roantree* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.